**FILED**

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 07CR0425-001-GT |
| Plaintiff, ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| v. ) | |
| JORGE LUIS TINEO, ) | |
| Defendant. ) | |

Upon good cause shown,

IT IS HEREBY ORDERED that the sentencing date be continued from June 20, 2007, at 9:00 a.m., to July 13, 2007, at 9:00 a.m., before the Honorable Gordon Thompson, Jr.

Dated: *June 20 2007*

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

-1-